U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

Walter Jones Jr
AKA: Walter Jones
1 W 158th St
Harvey, IL 60426-4203
Account No. XXXXX

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 10/13/10.

On or about 02/06/97, the borrower executed a promissory note to secure a Federal Family Education Loan Program Consolidation loan from Anchorbank, FSB. This loan was disbursed for $3,507.21 on 02/27/97, at 9.00 percent interest per annum. The loan obligation was guaranteed by Great Lakes Higher Education Corporation, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $462.00 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 05/07/01, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount $3,485.41 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 08/16/07, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $3,485.41 |
| Interest: | $2,872.23 |
| Total debt as of 10/13/10: | $6,357.64 |

Interest accrues on the principal shown here at the rate of $0.86 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 11/17/10

Loan Analyst
Litigation Support

EXHIBIT B